171 P.3d 1281

# SUPREME COURT OF HAWAIʻI

| | | | | |
|---|---|---|---|---|
| Hawaii Ventures, LLC v. Otaka, Inc. | 25344, 26820 | 11/23/2007 | Granted | 116 Hawaiʻi 465 173 P.3d 1122 |